**Opinion issued January 15, 2015.**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00611-CV

_____

**249 LLC, Appellant**

**V.**

**CASO, INC., Appellee**

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-42902**

## MEMORANDUM OPINION

Appellant, 249 LLC, has filed a motion to dismiss the appeal. No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Further, although appellant failed to include a certificate of

conference in its motion, the motion includes a certificate of service, more than 10 days have passed since the motion was filed, and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Massengale, and Lloyd.